# Harvis Marinelli
# Saleem & Wright LLP

| | |
|---|---|
| Gabriel P. Harvis | Robert Marinelli |
| gharvis@hmswlaw.com | rmarinelli@hmswlaw.com |
| Afsaan Saleem | Christopher D. Wright |
| asaleem@hmswlaw.com | cwright@hmswlaw.com |

305 Broadway, 14th Floor
New York, NY 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hmswlaw.com

August 13, 2012

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Wayne Jefferson, et. al. v. City of New York, et al.*, 12 CV 830 (CBA)(JO)

Your Honor:

   I represent plaintiff in the above-referenced matter. I write with the consent of defense counsel to respectfully request that the status conference that is currently scheduled for August 29, 2012 at 10:30 a.m. be converted to a settlement conference.

   Plaintiff has made an initial demand and the defendants have countered with a settlement offer. The parties are still relatively far apart. However, we do feel with the Court's assistance we will be able to narrow the divide and hopefully reach a settlement. I can have my clients available by telephone for the conference.

   Thank you for your consideration of this request.

                 Respectfully submitted,

                 Afsaan Saleem

cc: Steven Silverberg, Esq.